# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NEW YORK LIFE INSURANCE CO.,** | : | |
|     Plaintiff | : | |
| | : | No. 1:20-cv-00192 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **ALIDA DEL VALLE, A.S., a minor,** | : | |
| **by Gail Guida Souders, Esq., Guardian** | : | |
| **Ad Litem, and R.S., a minor, by Gail** | : | |
| **Guida Souders, Esq., Guardian Ad Litem,** | : | |
|     Defendants | : | |

## ORDER FOR INTERPLEADER DEPOSIT

**AND NOW**, on this 29th day of June 2020, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff New York Life Insurance Co. ("Plaintiff") and Defendants Alida Del Valle and A.S and R.S., minors, by Gail Guida Souders, Esq., Guardian Ad Litem ("Defendants")'s Joint Motion for Interpleader Relief (Doc. No. 9) is **GRANTED**;

2. Within twenty-one (21) days of the date of this Order, Plaintiff shall deposit proceeds representing the death benefit due as a result of the death of Roberto Sotolongo Prieto (the "Insured") pursuant to individual life insurance policy number 14769249 (the "Policy") issued by Plaintiff to the Insured (hereafter the "Death Benefit") in the amount of $500,000.00, together with any applicable claim interest, with the Clerk of Court pursuant to Federal Rule of Civil Procedure 67(a);

3. Plaintiff is directed to serve a copy of this Order on the Clerk of Court along with the certified check, made payable to the Clerk of Court;

4. The funds shall be deposited by the Clerk of Court into the Registry of this Court as soon as possible, and the Clerk of Court shall deposit the funds into an interest bearing account in compliance with all provisions of this Court's Standing Order 14-1, In re: Order Regarding Deposit and Investment of Registry Funds.  These funds shall remain on deposit until further Order of the Court;

5. Upon deposit of the Death Benefit in accordance with this Order, Plaintiff shall be discharged from any and all liability to Defendants in this action relating to the Policy and/or the Death Benefit payable thereunder;

6. Upon depositing the Death Benefit in accordance with this Order, Plaintiff shall be **RELEASED WITH PREJUDICE** from this litigation;

7. Upon Plaintiff's deposit of the Death Benefit in accordance with this Order, Defendants shall be enjoined from instituting or prosecuting any proceeding in any state or United States court pertaining to the Death Benefit payable as a consequence of the death of Roberto Sotolongo Prieto under New York Life Insurance Policy No. 14769249;

8. The Court retains jurisdiction over the Defendants/claimants Alida Del Valle, A.S., a minor, by Gail Guida Souders, Esq., Guardian Ad Litem, and R.S., a minor, by Gail Guida Souders, Esq., Guardian Ad Litem, who will be compelled to litigate, adjust and/or settle amongst each other their respective and lawful entitlement to the Death Benefit to be paid into the Court's Registry by Plaintiff, or upon their failure to do so, the Court shall settle and adjust the claims and determine to whom the Death Benefit shall be paid;

9. Counsel for Plaintiff shall serve a copy of this Order and the accompanying Memorandum on all parties within seven (7) days of its receipt; and

10. As previously ordered by the Court (Doc. No. 14), the Court will conduct a telephone conference with the Defendants/claimants on July 15, 2020 at 11:00 AM to discuss the status of this proceeding.  Counsel for Defendant Alida Del Valle shall initiate the telephone call.  The telephone number of the Court for purposes of this call is 717-221-3990.

        s/ Yvette Kane
        Yvette Kane, District Judge
        United States District Court
        Middle District of Pennsylvania